**Entered on Docket**
**January 18, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: January 18, 2011**

**ALAN JAROSLOVSKY**
**U.S. Bankruptcy Judge**

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Movant
U.S. Bank, N.A. its Successors and/or Assigns
F.040-2155

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>MICHAEL JOSEPH CLISHAM AND GWENDOLYN FRANCES CLISHAM AKA GWEN F. CLISHAM, WENDY CLISHAM DBA WENDY'S YARN,<br><br>Debtors. | Bk. No. 10-13922<br><br>CHAPTER 7<br><br>R.S. No. DRP – 893<br><br>ORDER FOR RELIEF FROM <u>AUTOMATIC STAY</u><br><br>Hearing-<br>Date : January 13, 2011<br>Time : 9:00 a.m.<br>Place : U.S. Bankruptcy Court<br>99 South E Street<br>Santa Rosa, California<br>Courtroom (bkcy) |

The Motion for Relief from Automatic Stay of U.S. Bank, N.A. its Successors and/or Assigns, its assignees and/or successors in interest, came on for hearing on January 13, 2011 at 9:00 a.m., before the Honorable Alan Jaroslovsky. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A. its Successors and/or Assigns, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **16751 Hills O' Home Lane, Fort Bragg, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**